### TYNG cont$^a$ GILBERT &$^a$

Edward Tyng Esq$^r$ Treasuror for the County of Suffolke plaint. cont$^a$ William Gilbert, Ioseph Weeden & William Mumford or either

of them Defend<sup>ts</sup> for not paying the Summe of Ten pounds in money for the paym<sup>t</sup> whereof they are jointly and severally bound as by bond dat<sup>d</sup> 9th x<sup>br</sup> 1678. declared forfited by [ 562 ] The last County Court in Boston: . . . The Iury . . . found for the plaint. forfiture of the bond ten pounds money and costs of Court  Vpon Request of the Defend<sup>t</sup> Gilbert The Court chancered this Forfiture to five pounds in money & costs of Court Allowed twelve Shillings.

Execution issued. 5° March. 1678/9.